### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| JANET S. BULLINGER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-2131 |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

A Report and Recommendation [10] was filed by the Magistrate Judge in the above cause on February 6, 2008. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation [10] is accepted by this court.

(2) The Motion to Dismiss [5] filed by Defendant Unum Life Insurance Company of America is GRANTED. Defendant Unum Life Insurance Company of America is terminated as a party to this action.

(3) The clerk is directed to file Plaintiff's proposed Amended Complaint, attached to Plaintiff's Response (#8, pp. 4-7). Plaintiff's proposed Amended Complaint names Worden Martin, Inc. Plan No. 000505 as Defendant.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 26th day of February, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE